IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TONY BRADLEY                                                                                          PLAINTIFF

VS.                                              CASE NO. 08-CV-4119

LOUISE PHILLIPS;
MRS. JENKINS; and
SHERIFF JERRY CRANE                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on October 23, 2009, by the Honorable Barry A. Bryant, Untied States Magistrate Judge for the Western District of Arkansas. (Doc. No. 6). Ten (10) days have passed without objections being filed by the parties. The Courts hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Plaintiff Tony Bradley's Complaint should be and hereby is **dismissed** on the ground that he has failed to follow an Order of the Court and failed to prosecute this action.

IT IS SO ORDERED, this 10th day of November, 2009.

    /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge